UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: **John Earl VanBlarcume** | : | Case #   03-69243 |
| **Jamie Dawn Vanblarcume** | | |
| | : | Chapter 13 |
| | : | Judge   Preston |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

| | |
|---|---|
| Dated: February 23, 2010 | /s/ Frank M. Pees_____ |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| Name and Address | Amount |
|---|---|
| Bank of New York/Chase | $920.85 |
| 3415 Vision Dr | |
| Columbus OH 43219 | |